UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD X. GORDON | CIVIL ACTION |
| VERSUS | NO. 09-3594 |
| LETITIA Z. CLARK | SECTION "C" (5) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the plaintiff's objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that the plaintiff's lawsuit is dismissed with prejudice under 28 U.S.C. § 1915 (e)(2)(B)(I).

IT IS FURTHER ORDERED that the plaintiff's motion to take judicial notice of federal violation sanctioned by bankruptcy judge is DISMISSED. (Rec. Doc. 6).

New Orleans, Louisiana, this 2 day of July 2009.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE